Date\Time: 3/19/2020 12:50:09 PM
Institution: IHQ0

**Inmate Statement Report**

1:20-cv-00397-BAM-PC

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| BB4015 | MOORE, TERRENCE | COR | 04AA1LC2 | 063001 |

**Current Available Balance:**   $0.24

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THE OFFICE ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS BY *Iulia Trifan* / Trust office

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 09/01/2019 | KVSP | BEGINNING BALANCE | | | | $9.79 |
| 09/03/2019 | KVSP | SALES | 37 | | ($2.90) | $6.89 |
| 10/09/2019 | KVSP | SALES | 60 | | ($6.65) | $0.24 |
| 01/17/2020 | KVSP | TRACS TRANSFER OUT | TX01172020 | | ($0.24) | $0.00 |
| 01/17/2020 | COR | TRACS TRANSFER IN | TX01172020 | | $0.24 | $0.24 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| **No information was found for the given criteria.** | | |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| **No information was found for the given criteria.** | | | | |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | 14F00775 | Active | $2,700.00 | $0.00 | $0.00 | $2,388.31 |