Terrence Jesse Moore BB4015
Corcoran State Prison
4A1L-63, P.O. Box 8800
Corcoran, CA 93212

In the United States District Court

Eastern District of California

Terrence Jesse Moore       Case#: 1:20-CV-00397-BAM (PC)

v.                         Motion for Appointment
                           of Counsel
S. Calderon

FILED
JUN 18 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

Pursuant to 28 U.S.C § 1915(e)(1) plaintiff moves for an order appointing counsel to represent plaintiff in this case. In support of this motion, plaintiff states:

1) Plaintiff is unable to afford counsel. Plaintiff has requested leave to proceed in forma pauperis.

2) Not only will plaintiffs imprisonment greatly limit ability to litigate, but plaintiff is also currently being held in SHU placement where upon normal circumstances law library access is extremely limited, but due to the Covid-19 crisis the prison has completely shut down all law library access for fear of spreading Covid-19 leaving plaintiff, who has limited knowledge of the law, with absolutely no way to litigate unless the court grants the plaintiff counsel. The prison has already had law library shut down in the SHU for 3 months and has informed plaintiff that law library will be accessible again" when the Covid-19 pandemic is over. It is only reasonable to appoint counsel.

6-12-2020        *Terrence Jesse Moore*
                 Signature of plaintiff