Plaintiff's Name_____

Inmate No._____

Address _____

_____

_____

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

---

| (Name of Plaintiff) | (Case Number) |
|---|---|

vs.

_____

_____

_____

_____

_____

_____

(Names of all Defendants)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☐ **42 U.S.C. 1983 (State Prisoner)**

☐ **Bivens Action [403 U.S. 388 (1971)] (Federal Prisoner)**

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

   A. Have you brought any other lawsuits while a prisoner?  Yes____  No____

   B. If your answer to A is yes, how many? _____

   Describe previous or pending lawsuits in the space below.  (If more than one, attach additional page to continue outlining all lawsuits in same format.)

   1. Parties to this previous lawsuit:

   Plaintiff _____

   Defendants _____

   _____

   2. Court (if Federal Court, give name of District; if State Court, give name of County)
   _____

   3. Docket Number _____   4. Assigned Judge _____

   5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
   _____

6. Filing Date (approx.) _____     7. Disposition Date (approx.) _____

**II.  Exhaustion of Administrative Remedies**

**NOTICE:**     Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).  Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002).  If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

    A. Is there an inmate appeal or administrative remedy process available at your institution?

    Yes_____     No_____

    B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

    Yes_____     No_____

    C. Is the process completed?

    Yes_____          If your answer is yes, briefly explain what happened at each level.

_____

_____

_____

_____

_____

    No_____          If your answer is no, explain why not.

_____

_____

_____

_____

_____

**III.  Defendants**

List each defendant's full name, official position, and place of employment and address in the spaces below.  If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

    A. Name _____ is employed as _____

    Current Address/Place of Employment _____


B.  Name _____ is employed as _____

Current Address/Place of Employment _____

C.  Name _____ is employed as _____

Current Address/Place of Employment _____

D.  Name _____ is employed as _____

Current Address/Place of Employment _____

E.  Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1**:  The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

_____

_____

_____

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words.  You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Claim 2:**  The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

_____

_____

_____

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words.  You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**V. Relief**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

_____

_____

_____

_____

_____

_____


**I declare under penalty of perjury that the foregoing is true and correct.**


**Date: _____**     **Signature of Plaintiff: _____**




(Revised 4/4/14)