Name: TERRENCE MOORE #
Address: SALINAS VALLEY STATE PRISON
P.O. BOX 1050
SOLEDAD, CA 93960

FILED
OCT 13 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Case Number: 1:20-CV-00397-DAD-BAM

## Notice of Change of Address

**Old Address:**

CSP - CORCORAN
P.O. BOX 8800
CORCORAN, CA 93212

**New Address:**

SALINAS VALLEY STATE PRISON
P.O. BOX 1050
SOLEDAD, CA 93960

I arrived at my new address on: 10-8-2020

I mailed a copy of this Change of Address to the Respondent (below) on 10-7-2020
Name: OFFICE OF THE CLERK
Address: 2500 TULARE STREET, ROOM 1501, FRESNO, CA 93721

Date: 10-7-2020

Printed Name: TERRENCE JESSE MOORE
Signature: Terrence Jesse Moore