EASTERN DISTRICT OF CALIFORNIA

FILED

Greetings ~ This is a notice of a change of address OCT 15 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

I am no longer housed at CSP-Corcoran, P.O. Box 8800, Corcoran, CA 93212

My new address is Salinas Valley State Prison, P.O. Box 1050, Soledad, CA 93960
for case number 1:20-cv-00397-DAD-BAM

OLD ADDRESS:

CSP-CORCORAN
P.O. BOX 8800
CORCORAN, CA 93212

NEW ADDRESS:

SALINAS VALLEY STATE PRISON
P.O. BOX 1050
SOLEDAD, CA 93960

Terrence Jesse Moore
plaintiff