Name: TERRENCE JESSE MOORE      # BB4015
Address: SALINAS VALLEY STATE PRISON
P.O. BOX 1050
SOLEDAD, CA 93960

**FILED**
OCT 19 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

Case Number: 1:20-cv-00397-DAD-BAM

### Notice of Change of Address

**Old Address:**
CSP - CORCORAN
P.O. BOX 8800
CORCORAN, CA 93212

**New Address:**
SALINAS VALLEY STATE PRISON
P.O. BOX 1050
SOLEDAD, CA 93960

I arrived at my new address on: 10-8-2020

I mailed a copy of this Change of Address to the Respondent (below) on 10-13-2020
Name: COURT OF THE CLERK
Address: 2500 TULARE STREET, ROOM 1501
FRESNO, CA 93721

Date: _____

Printed Name: TERRENCE JESSE MOORE
Signature: *Terrence Jesse Moore*