# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**TERRENCE JESSE MOORE,**

CASE NO: **1:20−CV−00397−DAD−BAM**

v.

**S. CALDERON,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 04/20/2021**

**Keith Holland**
Clerk of Court

ENTERED: **April 20, 2021**

by: /s/ C. Maldonado
Deputy Clerk