5-6-21

United States District Court
Eastern District of California

FILED
MAY 11 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Terrence Jesse Moore         Case # 1:20-cv-00397-DAD-BAM
   - vs -
S. Calderon                  Notice of Appeal

Plaintiff hereby sends the court notice of plaintiff's decision to appeal the court's decision to dismiss case # 1:20-cv-00397-DAD-BAM (Terrence Jesse Moore -vs- S. Calderon) in the United States Court of Appeals for the 9th Circuit, from and order to dismiss the case due to alleged failure to state a cognizable claim for relief on April 19th, 2021.

Signed
Terrence J. Moore