# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE JESSE MOORE, | Case No. 1:20-cv-00397-DAD-BAM (PC) |
| Plaintiff, | Appeal No. 21-15849 |
| v. | ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |
| CALDERON, *et al.*, | |
| Defendants. | |

Plaintiff Terrence Jesse Moore ("Plaintiff") is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 20, 2021, the Court dismissed this action due to Plaintiff's failure to state a cognizable claim for relief. (ECF No. 19.) Judgment was entered accordingly the same date. (ECF No. 20.) On May 11, 2021, Plaintiff filed a notice of appeal. (ECF No. 21.)

On May 14, 2021, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: **May 17, 2021**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

1